JOHN J. ROE, Respondent, *v.* MUIR C. SMYTH et al., Appellants.

Submitted February 28, 1938; decided March 2, 1938.

*George H. Carleton* for motion.

*Douglas E. Brown* opposed.

Motion denied, with ten dollars costs.